IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DONNELL GILLESPIE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN | : | NO. 12-6136 |

ORDER

AND NOW, this 24th day of January, 2014, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, the defendant's response thereto, and the record herein, and after review of the Report and Recommendation of Linda K. Caracappa, United States Magistrate Judge, and the plaintiff's objections, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is hereby APPROVED AND ADOPTED;

2. The plaintiff's objections are OVERRULED;

3. Plaintiff's Brief and Statement of Issues in Support of Request for Review is DENIED;

4. Judgment is entered in favor of the defendant and against the plaintiff.

The Clerk shall mark this case CLOSED.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.